# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDAMARIE O'LEARY** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 20-1210 |
| v. | : | |
| | : | |
| **ARIA-JEFFERSON HEALTH** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 5th day of August 2022, upon consideration of Defendant's *motion for summary judgment*, [ECF 19], Plaintiff's response in opposition, [ECF 24], and Defendant's reply, [ECF 25], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*